JULIUS E. FOSTER, Appellant, v. LOUIS W. PARKER et al., Respondents: (Action No. 1.)  JULIUS E. FOSTER, Appellant, v. LOUIS W. PARKER, Respondent.  (Action No. 2.)

Submitted February 6, 1956; decided February 16, 1956.

*John F. X. Finn* and *Norman C. Mendes* for motion.
*Philip Handelman* opposed.

Motion denied.